IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GARY W. CASPER and THOMAS J. BAXTER ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| -vs- ] | Civil No. 08 CV 619 JNE/SRN |
| ] | |
| PFIZER, INC.; PHARMACIA CORPORATION; ] | **SUMMONS IN A** |
| And G.D. SEARLE LLC (FKA G.D. SEARLE & ] | **CIVIL FILE** |
| CO.), ] | |
| ] | |
| Defendants. ] | |

TO:   Pfizer, Inc.                                Pharmacia Corporation
      c/o CT Corporation System, Inc.            c/o CT Corporation System, Inc.
      Suite 1075 Fifth Street Towers             208 LaSalle Street, Suite 814
      100 South Fifth Street                     Chicago, IL 60604
      Minneapolis, MN 55401

      G.D. Searle LLC
      CT Corporation System, Inc.
      208 South LaSalle Street, Suite 814
      Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,    Martha K. Wivell, Esq., #0128090
             Suite 1025 Fifth Street Towers
             100 South Fifth Street
             Minneapolis, MN 55402
             Telephone: (612) 767-7500

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service. RICHARD D. SLETTEN

_____          3/4/08
Clerk                                    Date
(signature) Jacqui Ellingson
Deputy Clerk

IN RE:   Gary W. Casper and Thomas J. Baxter vs. Pfizer, Inc., et al.
Civil File No: 08 cv 619 JNE/SRN

## AFFIDAVIT OF SERVICE

STATE OF MINNESOTA   )
                     )ss.
COUNTY OF HENNEPIN   )

Sandra A. Torkelson, of the County of Hennepin, State of Minnesota, states that on the 5th day of March, 2008, she served the annexed Civil Cover Sheet;, Summons and Complaint and Demand For Jury Trial on Defendant, Pfizer, Inc.,, therein named personally through their agent authorized to accept service on behalf of Pfizer, Inc. by handing to and leaving with Deb VanNess, Corporate Legal Operation Specialist, at their last known address:

> Pfizer, Inc.
> c/o CT Corporatiion
> Suite 1075 Fifth Street Towers
> 100 South Fifth Street
> Minneapolis, MN 55402

_____
Sandra A. Torkelson

Subscribed and sworn to before me

this 5 day of March, 2007.

_____
NOTARY PUBLIC

KRISTI J HERUTH
Notary Public - Minnesota
My Commission Expires 01/31/2009