IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **GARY W. CASPER and THOMAS J. BAXTER,** | Case No.: 08-CV-000619-JNE/SRN |
| **Plaintiffs,** | |
| v. | **CERTIFICATE OF SERVICE** |
| **PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC,** | |
| **Defendants.** | **Jury Trial Demanded** |

I hereby certify that on March 25, 2008, I caused the following documents:

1. **ANSWER AND JURY TRIAL DEMAND**
2. **RULE 7.1 STATEMENT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Martha K Wivell**
  mwivell@msn.com

I further certify that the above documents were served conventionally, via, U. S. Mail and/or overnight mail, to the following attorneys for Plaintiffs:

**Mark B. Hutton**
**Elizabeth L. Dudley**
**HUTTON & HUTTON LAW FIRM, LLC**
**P.O. Box 638**
**Wichita, Kansas 67201-0638**

Dated: March 25, 2008

FAEGRE & BENSON LLP

*s/ Joseph M. Price*
Joseph M. Price, # 88201
Erin M. Verneris # 0335174
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
T (612) 766-7000
F (612) 766-1600

*Attorneys for Defendants Pfizer Inc.,*
*Pharmacia Corporation, and G.D. Searle LLC*

fb.us.2724608.01