IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GARY W. CASPER and THOMAS J. BAXTER<br><br>Plaintiffs,<br><br>-vs-<br><br>PFIZER, INC.; PHARMACIA CORPORATION;<br>And G.D. SEARLE LLC (FKA G.D. SEARLE &<br>CO.),<br><br>Defendants. | Civil No. 08CV619 JNE/SRN<br><br>**SUMMONS IN A<br>CIVIL FILE** |

TO:  Pfizer, Inc.  
c/o CT Corporation System, Inc.  
Suite 1075 Fifth Street Towers  
100 South Fifth Street  
Minneapolis, MN 55401  

Pharmacia Corporation  
c/o CT Corporation System, Inc.  
208 LaSalle Street, Suite 814  
Chicago, IL 60604  

G.D. Searle LLC  
CT Corporation System, Inc.  
208 South LaSalle Street, Suite 814  
Chicago, IL 60604  

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,   Martha K. Wivell, Esq., #0128090  
Suite 1025 Fifth Street Towers  
100 South Fifth Street  
Minneapolis, MN 55402  
Telephone: (612) 767-7500  

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN

_____          3/4/08
Clerk                                                                 Date
_Jacqui Ellingsen_ (signature)
Deputy Clerk

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # PEARAS 31897 9025
Re: Gary W. Casper v Celebrex

**STATE OF ILLINOIS**
**COUNTY OF COOK**

**AFFIDAVIT OF SERVICE**

___Nicole Bradford___, being duly sworn, on oath says that on
(Name of Server)

__03__/__06__/2008 at __10:10__ A M
(Date of Service)      (Time of Service)

s(he) served the attached: Civil Cover Sheet; Summons; and Complaint with Exhibits

upon: G.D. Searle LLC

therein named, personally at:   CT Corporation Company
                                208 LaSalle Street
                                Suite 814
                                Chicago, IL 60604

by handing to and leaving with:

___Tim Light___ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation Company, the Registered Agent for G.D. Searle LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

Subscribed and Sworn to before me

__3__/__6__/2008.

_____
(Signature of Notary)

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

_____
(Signature of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215