IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GARY W. CASPER and THOMAS J. BAXTER    ]
     ]
    Plaintiffs,    ]
     ]
  -vs-    ]  Civil No. 08CV619 JNE/SRN
     ]
PFIZER, INC.; PHARMACIA CORPORATION;    ] **SUMMONS IN A**
And G.D. SEARLE LLC (FKA G.D. SEARLE &    ] **CIVIL FILE**
CO.),    ]
     ]
    Defendants.    ]

TO: Pfizer, Inc.      Pharmacia Corporation
  c/o CT Corporation System, Inc.  c/o CT Corporation System, Inc.
  Suite 1075 Fifth Street Towers  208 LaSalle Street, Suite 814
  100 South Fifth Street    Chicago, IL 60604
  Minneapolis, MN 55401

  G.D. Searle LLC
  CT Corporation System, Inc.
  208 South LaSalle Street, Suite 814
  Chicago, IL 60604

  **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S

ATTORNEY,  Martha K. Wivell, Esq., #0128090
    Suite 1025 Fifth Street Towers
    100 South Fifth Street
    Minneapolis, MN 55402
    Telephone: (612) 767-7500

an answer to the complaint which is herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint. You must also file your answer with
the Clerk of this Court within a reasonable period of time after
service. RICHARD D. SLETTEN

_____  ____3/4/08____
Clerk            Date

_Jacqui Ellingson_
Deputy Clerk

 **METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # PEARAS 31896 9024
Re: Gary W. Casper v Celebrex

**STATE OF ILLINOIS**

**AFFIDAVIT OF SERVICE**

**COUNTY OF COOK**

_____Nicole Bradford_____, being duly sworn, on oath says that on
(Name of Server)

____03 / 06____/2008 at ____10 : 10____ A M
(Date of Service)          (Time of Service)

s(he) served the attached: Civil Cover Sheet; Summons; and Complaint with Exhibits

upon: Pharmacia Corporation

therein named, personally at:    CT Corporation Company
                                 208 LaSalle Street
                                 Suite 814
                                 Chicago, IL 60604

by handing to and leaving with:

_____Tim Light_____ - Service of Process Specialist
(Name of the Person with whom the documents were left)

at CT Corporation Company, the Registered Agent for Pharmacia Corporation, expressly
authorized to accept service of process for same, a true and correct copy thereof.

Subscribed and Sworn to before me                    _____Nicole Bradford_____
                                                        (Signature of Server)
__3__, _6__/2008.

_____
(Signature of Notary)

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215