CLOSED, CV

# U.S. District Court
## District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:08−cv−00619−JNE−SRN

Casper et al v. Pfizer, Inc. et al **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.**
Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge Susan R. Nelson
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 03/04/2008
Date Terminated: 04/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Gary W Casper**  represented by  **Elizabeth−NA L. Dudley**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark−NA B. Hutton**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
Attorney at Law
PO Box 339
Cook, MN 55723
218−666−0250
Email: mwivell@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas J Baxter**  represented by  **Elizabeth−NA L. Dudley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark−NA B. Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha K Wivell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**  represented by

**Erin M Verneris**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7380
Fax: 612–766–1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre &Benson LLP
90 S 7th St Ste 2200
Mpls, MN 55402–3901
612–766–7000
Fax: 612–766–1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**  represented by  **Erin M Verneris**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G.D. Searle LLC**  represented by  **Erin M Verneris**
*formerly known as*  (See above for address)
G.D Searle &Co  *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2008 | 1 | COMPLAINT against Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC ( Filing fee $ 350 receipt number 4020561.) assigned to Judge Joan N. Ericksen per Master list and referred to Magistrate Judge Susan R. Nelson, filed by Gary W Casper, Thomas J Baxter. (Attachments: # 1 Complaint Part 2, # 2 Civil Cover Sheet) (RJL) (Entered: 03/04/2008) |
| 03/04/2008 |  | Summons Issued as to Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (RJL) (Entered: 03/04/2008) |
| 03/05/2008 | 2 |  |

| | | |
|---|---|---|
| | | SUMMONS Returned Executed by Thomas J Baxter. Pfizer, Inc. served on 3/5/2008, answer due 3/25/2008. (Wivell, Martha) (Entered: 03/05/2008) |
| 03/25/2008 | 3 | ANSWER to Complaint by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC. (Price, Joseph) (Entered: 03/25/2008) |
| 03/25/2008 | 4 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 03/25/2008) |
| 03/25/2008 | 5 | CERTIFICATE OF SERVICE by Pfizer, Inc., Pharmacia Corporation, G.D. Searle LLC re 4 Rule 7.1 – Disclosure Statement, 3 Answer to Complaint (Price, Joseph) (Entered: 03/25/2008) |
| 04/01/2008 | 6 | SUMMONS Returned Executed by Gary W Casper, Thomas J Baxter. G.D. Searle LLC served on 3/6/2008, answer due 3/26/2008. (Wivell, Martha) (Entered: 04/01/2008) |
| 04/01/2008 | 7 | SUMMONS Returned Executed by Gary W Casper, Thomas J Baxter. Pharmacia Corporation served on 3/6/2008, answer due 3/26/2008. (Wivell, Martha) (Entered: 04/01/2008) |
| 04/14/2008 | 8 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–98), transferring case to the Northern District of California per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Charles R. Breyer. (RJL) (qc'd by akl) (Entered: 04/14/2008) |
| 04/15/2008 | 9 | NOTICE – This case has been transferred/extracted to the Northern District of California. (RJL) (Entered: 04/15/2008) |