|   |   |
|---|---|
| 1 | Mark B. Hutton |
|   | Lead Counsel |
| 2 | KS Bar #10112 |
|   | HUTTON & HUTTON LAW FIRM, L.L.C. |
| 3 | 8100 East 22nd Street North |
|   | Building 1200 |
| 4 | Wichita, KS 67226 |
|   | Telephone: (316) 688-1166 |
| 5 | Fax: (316) 686-1077 |
|   | Trial.Lawyers@huttonlaw.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 08-3707 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| Gary W. Casper, et al., <br><br> Plaintiffs <br><br> vs. <br><br> Pfizer Inc, et al., <br><br> Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Thomas Baxter in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  herein only with each side bearing its own attorneys' fees and costs.

DATED: _____, 2010   By: /s/ Mark B. Hutton

HUTTON & HUTTON LAW FIRM, L.L.C.
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
Telephone: (316) 688-1166
Fax: (316) 686-1077
Trial.Lawyers@huttonlaw.com

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010   By: /s/

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: APR - 5 2010

Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE